# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KINOSKI WILSON

NO. 2021 KW 1302

DECEMBER 6, 2021

---

In Re:    Kinoski Wilson, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No.
          1120517.

---

BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.

WRIT DENIED.

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT